UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14351-CIV-CANNON/McCabe

TONYA WOODWORTH,

     Plaintiff,

v.

SAINT LUCIE COUNTY SHERIFF,

     Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Magistrate Judge McCabe's Report and Recommendation (the "Report"), issued on June 1, 2026 [ECF No. 20].  The Report recommends that Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (the "Motion") [ECF No. 15] be granted in part and denied in part.  No party filed objections to the Report, and the time to do so has expired.  Upon review of the Report and the Motion, the Report [ECF No. 20] is **ACCEPTED**, and the Motion [ECF No. 15] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report.

\*\*\*

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc*., 208 F. App'x 781, 784 (11th Cir. 2006).  A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge.

CASE NO. 25-14351-CIV-CANNON/McCabe

28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record.  *Macort*, 208 F. App'x at 784.

\*\*\*

Following review, the Court finds no clear error in the well-reasoned Report.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Report and Recommendation [ECF No. 20] is **ACCEPTED**.

2.  The Motion [ECF No. 15] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report.

   a.  The Motion [ECF No. 15] is **DENIED** as to Counts I, II, and V.

   b.  The Motion [ECF No. 15] is **GRANTED** as to the age-based portion of Count VI, which is **DISMISSED WITH PREJUDICE**.

3.  On or before **July 7, 2026**, Defendant shall file an Answer addressing the Complaint's remaining counts as narrowed in this Order.

**ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of June 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2